# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Schrimpf et al, <br><br> Plaintiffs, <br><br> v. <br><br> Resurgent Capital Services, LP, <br><br> Defendant. | Case No. 1:09-cv-01049-WCG <br><br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now come Plaintiffs, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By: /s/ Timothy J. Sostrin
            Timothy J. Sostrin
            233 S. Wacker Drive, Suite 5150
            Chicago, IL 60606
            Telephone: 866.339.1156
            Fax: 312.822.1064
            Email: tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I served Defendant with a copy of the foregoing Notice via U.S. Mail addressed as follows:

Resurgent Capital Services, LP
c/o CT Corporation System, Registered Agent
8040 Excelsior Dr., Suite 200
Madison, WI 53717

                                              /s/ Timothy J. Sostrin